ACCEPTED
03-15-00318-CR
11222327
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/20/2016 10:31:10 AM
JEFFREY D. KYLE
CLERK

## CAUSE NUMBER 03-15-00318-CR

| | | |
|---|---|---|
| JAMAAL BRADLEY | X | IN THE COURT OF APPEALS |
| | X | |
| V. | X | THIRD DISTRICT |
| | X | |
| THE STATE OF TEXAS | X | STATE OF TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/20/2016 10:31:10 AM
JEFFREY D. KYLE
Clerk

### APPELLANT'S MOTION TO DISMISS APPEAL

TO THE HONORABLE THIRD COURT OF APPEALS:

COMES NOW THE APPELLANT, JAMAAL BRADLEY, by and through his appointed attorney of record, Paul Evans, in the above entitled and numbered cause, and pursuant to Texas Rules of Appellate Procedure article 42.2(a), moves this Court to DISMISS the appeal at bar.

WHEREFORE, Appellant requests that, after proper notice is given to all parties to this appeal, the motion be heard and this Court enter an order dismissing this appeal.

Respectfully submitted,
Law Office of Paul M. Evans
811 Nueces Street
Austin, Texas 78701
(512) 569-1418
(512) 551-1550 FAX
paulmatthewevans@hotmail.com

**APPROVED AS TO FORM AND CONTENT**

BY: _____
PAUL M. EVANS
SBN 24038885
Attorney for Appellant


BY: _____
Jamaal Bradley, Appellant
TDCJ # 2005200
Coffield Unit
2661 FM 2054
Tennessee Colony, TX 75884

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was delivered by e-service facsimile unto the office of the prosecuting attorney for the State of Texas—the Travis County District Attorney, mailing address P.O. Box 1748, Austin, TX, 78767, physical address 509 W. 11th Street, Austin, TX, 78701—on this the _19_ day of _June_, 2016.

_/s/ Paul M. Evans_____
PAUL M. EVANS

## CERTIFICATE OF COMPLIANCE

I hereby certify that the present document contains 254 words, all contents included.

_/s/ Paul M. Evans_____
PAUL M. EVANS